RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 MAY 15  P 4:44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　 )<br>Arturo Amador-Soltero, et al., )<br>　　　　Defendant(s)　　　　　　)<br>_____) | CRIMINAL NO. 08CR 1571-L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Araceli Baron-Cisneros

DATED: 5/15/08

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
　　　by _____
　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082